# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re:  ERIC S. LANGLEY           §     Case No. 12-81824
        CANDICE M. LANGLEY        §
                                  §
           Debtor(s)              §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 05/07/2012.

2) The plan was confirmed on 09/11/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 09/12/2014.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on NA.

5) The case was dismissed on 04/03/2015.

6) Number of months from filing or conversion to last payment: 36.

7) Number of months case was pending: 38.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $6,525.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---:|---:|
| Total paid by or on behalf of the debtor(s) | $ 8,172.59 | |
| Less amount refunded to debtor(s) | $ 891.78 | |
| **NET RECEIPTS** | | $ 7,280.81 |

| Expenses of Administration: | | |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 2,500.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 417.28 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 2,917.28 |
| Attorney fees paid and disclosed by debtor(s): | $ 1,000.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| OSTLING & ASSOCIATES | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 2,500.00 | 0.00 |
| STERLING FEDERAL BANK | Sec | 7,584.15 | 7,695.90 | 7,584.15 | 4,363.53 | 0.00 |
| ACME CREDIT SERVICES | Uns | 111.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Uns | 1,508.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS PC | Uns | 426.00 | NA | NA | 0.00 | 0.00 |
| AUDIT SUPUMS INC | Uns | 356.50 | NA | NA | 0.00 | 0.00 |
| BARCLAYS BANK OF DELAWARE | Uns | 2,415.00 | NA | NA | 0.00 | 0.00 |
| CGH MEDICAL CENTER | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| CITI BANK | Uns | 2,966.00 | NA | NA | 0.00 | 0.00 |
| CITI BANK | Uns | 7,771.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Uns | 16,974.73 | 10,700.39 | 10,700.39 | 0.00 | 0.00 |
| WORLD ACCEPTANCE | Uns | 2,144.00 | 1,730.23 | 1,730.23 | 0.00 | 0.00 |
| COM ED | Uns | 1,800.00 | NA | NA | 0.00 | 0.00 |
| CONTRACT CALLERS INC | Uns | 211.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Uns | 546.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOCIATION | Uns | 156.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER | Uns | 6,984.00 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED ADJUSTMENT | Uns | 1,638.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| EOS CCA | Uns | 350.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Uns | 609.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 526.00 | 525.76 | 525.76 | 0.00 | 0.00 |
| FIRST PREMIER BANK | Uns | 526.00 | NA | NA | 0.00 | 0.00 |
| FUEL SPECTRUM | Uns | 1,612.00 | NA | NA | 0.00 | 0.00 |
| GECRB / JC PENNEY | Uns | 239.00 | NA | NA | 0.00 | 0.00 |
| GRANDPOINT | Uns | 130.00 | NA | NA | 0.00 | 0.00 |
| GRANDPOINT | Uns | 283.00 | NA | NA | 0.00 | 0.00 |
| HE STARK AGENCY | Uns | 210.00 | NA | NA | 0.00 | 0.00 |
| HOME DEPOT | Uns | 884.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Uns | 1,852.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK | Uns | 450.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK NEVADA NA | Uns | 642.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS INC | Uns | 230.00 | NA | NA | 0.00 | 0.00 |
| LINCARE | Uns | 585.00 | NA | NA | 0.00 | 0.00 |
| MACYS | Uns | 309.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Uns | 283.00 | NA | NA | 0.00 | 0.00 |
| META BANK | Uns | 261.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CREDIT SOLUTIONS | Uns | 110.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL RECOVERY | Uns | 306.86 | NA | NA | 0.00 | 0.00 |
| NATIONAL RECOVERY | Uns | 1,542.00 | NA | NA | 0.00 | 0.00 |
| NEXCHECK | Uns | 95.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 938.00 | 949.02 | 949.02 | 0.00 | 0.00 |
| NORTHEAST LEGAL | Uns | 820.00 | NA | NA | 0.00 | 0.00 |
| QUAD CORP | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| RRCA ACCOUNTS MANAGEMENT | Uns | 9,746.35 | 16,196.31 | 16,196.31 | 0.00 | 0.00 |
| SECURITY FINANCE | Uns | 441.00 | 253.00 | 253.00 | 0.00 | 0.00 |
| SECURITY FINANCE | Uns | 219.00 | 218.75 | 218.75 | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Uns | 5,575.28 | 4,365.36 | 4,365.36 | 0.00 | 0.00 |
| STATE COLLECTION SERVICES | Uns | 144.00 | NA | NA | 0.00 | 0.00 |
| TARGET CORP | Uns | 447.00 | NA | NA | 0.00 | 0.00 |
| TRAC A CHEC | Uns | 822.00 | NA | NA | 0.00 | 0.00 |
| TRAC-A-CHECK | Uns | 60.00 | NA | NA | 0.00 | 0.00 |
| TRIDENT ASSET MANAGEMENT | Uns | 549.00 | NA | NA | 0.00 | 0.00 |
| UNITED COMPCRED COLLECTION | Uns | 164.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BASS & ASSOCIATES PC | Uns | 1,839.00 | 1,809.36 | 1,809.36 | 0.00 | 0.00 |
| UNITED CONSUMER FINANCIAL | Uns | 2,369.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 797.35 | 1,637.53 | 1,637.53 | 0.00 | 0.00 |
| VERIZON WIRELESS | Uns | 1,978.00 | NA | NA | 0.00 | 0.00 |
| WEST BAY ACQUISITIONS | Uns | 94.00 | NA | NA | 0.00 | 0.00 |
| WORLD ACCEPTANCE | Uns | 2,144.00 | 1,730.23 | 1,730.23 | 0.00 | 0.00 |
| ZALES / CBNA | Uns | 5,556.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICE, LLC | Uns | 0.00 | 667.01 | 667.01 | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICE, LLC | Uns | 0.00 | 267.27 | 267.27 | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Uns | 0.00 | 1,108.65 | 1,108.65 | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Uns | 0.00 | 756.46 | 756.46 | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Uns | 0.00 | 757.50 | 757.50 | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Uns | 0.00 | 405.91 | 405.91 | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Uns | 0.00 | 614.90 | 614.90 | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Uns | 0.00 | 69.29 | 69.29 | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Uns | 0.00 | 32.15 | 32.15 | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Uns | 0.00 | 37.75 | 37.75 | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Uns | 0.00 | 370.65 | 370.65 | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Uns | 0.00 | 1,495.34 | 1,495.34 | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Uns | 0.00 | 52.71 | 52.71 | 0.00 | 0.00 |
| ORION | Uns | 0.00 | 133.95 | 133.95 | 0.00 | 0.00 |
| ORION | Uns | 0.00 | 83.35 | 83.35 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 1,063.00 | 1,551.20 | 1,551.20 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 1,279.00 | 1,501.78 | 1,501.78 | 0.00 | 0.00 |
| FRANKLIN GROVE BANK | Uns | 23,643.04 | NA | NA | 0.00 | 0.00 |
| ST. MARGARET'S HOSPTIAL | Uns | 885.00 | NA | NA | 0.00 | 0.00 |
| DIRECT TV | Uns | 1,624.62 | NA | NA | 0.00 | 0.00 |
| CRAIG & LAURIE WALTER | Uns | 3,900.00 | 3,845.48 | 3,845.48 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 0.00 | 510.00 | 510.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 0.00 | 510.00 | 510.00 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE AS | Uns | 0.00 | 398.51 | 398.51 | 0.00 | 0.00 |
| UNITED CREDIT RECOVERY LLC | Uns | 0.00 | 1,810.38 | 1,810.38 | 0.00 | 0.00 |
| FREEDMAN ANSELMO LINDBERG, | Uns | 0.00 | 9,181.82 | 9,181.82 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 0.00 | 1,036.95 | 1,036.95 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 0.00 | 992.05 | 992.05 | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 7,584.15 | $ 4,363.53 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 7,584.15 | $ 4,363.53 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 68,307.00 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 2,917.28 |
| Disbursements to Creditors | $ 4,363.53 |
| **TOTAL DISBURSEMENTS:** | $ 7,280.81 |

UST Form 101-13-FR-S (9/1/2009)

      12)  The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  07/29/2015              By:  /s/ Lydia S. Meyer
                                              Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S  (9/1/2009)